DENNIS K. BURKE
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Evo A. Deconcini United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
angela.woolridge@usdoj.gov
Attorneys for Plaintiff

```
                               FILED       LODGED
                               RECEIVED    COPY

                               2011 JUL 27  P 4: 28

                               CLERK US DISTRICT COURT
                               DISTRICT OF ARIZONA

                               CR 11-2650 TUC RCC/DTF
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | INDICTMENT |
| Plaintiff, | Violations:<br>18 USC § 2(a)<br>18 USC § 922(b)(5)<br>18 USC § 922(g)(3)<br>18 USC § 924(a)(1)(A)<br>18 USC § 924(a)(2)<br>18 USC § 924(d)<br>26 USC § 5841<br>26 USC § 5845<br>26 USC § 5861(f)<br>26 USC § 5871<br>28 USC § 2461(c) |
| v. | |
| Michael James Gesty,<br>Defendant. | (Aid & Abet Making of Unregistered Firearm; False Statement During Application for Federal Firearms License; Aid & Abet False Statements During Purchase of Firearms; Sale of Firearms Without Record; Possession of Firearm and Ammunition by Drug User; Forfeiture) |

THE GRAND JURY CHARGES:

## COUNT ONE

Beginning at a time unknown until on or about March 28, 2011, at or near Tucson, in the District of Arizona, MICHAEL JAMES GESTY did knowingly aid and abet the making of firearms defined in Title 26, United States Code, Section 5845; that is: full

automatic machinegun rifles, including but not limited to seven FN Herstal, model PS90, 5.7 x 28 mm caliber machinegun rifles, serial numbers FN056121, FN056140, FN056274, FN056272, FN056323, FN056328, and FN053687; not registered in the National Firearms Registration and Transfer Record; in violation of Title 18, United States Code, Section 2(a), and Title 26, United States Code, Sections 5841, 5861(f) and 5871.

## COUNT TWO

On or about March 25, 2010, at or near Tucson, in the District of Arizona, MICHAEL JAMES GESTY did knowingly make of a false statement and representation in applying for a license under the provisions of Chapter 44, Title 18, United States Code, in that MICHAEL JAMES GESTY represented that he was not an unlawful user of or addicted to marijuana or any controlled substance, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT THREE

On or about February 2, 2011, at or near Tucson, in the District of Arizona, MICHAEL JAMES GESTY did knowingly aid and abet the making of a false statement and representation to Spartan Armory, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Spartan Armory, in that Miguel Angel Montoya, Jr., represented that he was the actual transferee/buyer of firearms, that is: one DPMS, model A-15, 5.56 mm caliber rifle, serial number FH77612; and one Smith and Wesson, model MP15, 5.56 mm caliber rifle; serial number SM45965; and was not acquiring the firearms on behalf of another person; and MICHAEL JAMES GESTY aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

US v. **Michael James Gesty**, Indictment Page 2

## COUNT FOUR

On or about February 11, 2011, at or near Tucson, in the District of Arizona, MICHAEL JAMES GESTY did knowingly aid and abet the making of a false statement and representation to Spartan Armory, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Spartan Armory, in that Miguel Angel Montoya, Jr., represented that he was the actual transferee/buyer of firearms, that is: one Century Arms International, model AKMS, 7.62 x 39 mm caliber rifle, serial number KMS00027; and one FEG, model SA2000, 7.62 x 39 mm caliber rifle, serial number DH3469H; and was not acquiring the firearms on behalf of another person; and MICHAEL JAMES GESTY aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

## COUNT FIVE

On or about March 4, 2011, at or near Tucson, in the District of Arizona, MICHAEL JAMES GESTY did knowingly aid and abet the making of a false statement and representation to Spartan Armory, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Spartan Armory, in that Miguel Angel Montoya, Jr., represented that he was the actual transferee/buyer of firearms, that is: four Romanian Arms, model GP WASR 10.63, 7.62 x 39 mm caliber rifles, serial numbers 1980KR1249, 1980KN4665, 1979IS2898, and 1976FZ1637; and was not acquiring the firearms on behalf of another person; and MICHAEL JAMES GESTY aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

US v. **Michael James Gesty**, Indictment Page 3

## COUNT SIX

On or about March 17, 2011, at or near Tucson, in the District of Arizona, MICHAEL JAMES GESTY did knowingly aid and abet the making of a false statement and representation to Spartan Armory, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Spartan Armory, in that Megan Ashley Vega represented that she was the actual transferee/buyer of firearms, that is: three FN Herstal, model PS90, 5.7 x 28 mm caliber rifles, serial numbers FN056140, FN056121, and FN053687; and was not acquiring the firearms on behalf of another person; and MICHAEL JAMES GESTY aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

## COUNT SEVEN

On or about March 28, 2011, at or near Tucson, in the District of Arizona, MICHAEL JAMES GESTY did knowingly aid and abet the making of a false statement and representation to Spartan Armory, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Spartan Armory, in that Jennifer Diane Smith represented that she was the actual transferee/buyer of firearms, that is: four FN Herstal, model PS90, 5.7 x 28 mm caliber rifles, serial numbers FN056328, FN056323, FN056272, and FN056274; and was not acquiring the firearms on behalf of another person; and MICHAEL JAMES GESTY aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

US v. **Michael James Gesty**, Indictment Page 4

## COUNT EIGHT

On or about March 28, 2011, at or near Tucson, in the District of Arizona, MICHAEL JAMES GESTY, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and deliver to Jennifer Diane Smith, firearms, that is: four FN Herstal, model PS90, 5.7 x 28 mm caliber rifles, serial numbers FN056328, FN056323, FN056272, and FN056274; without noting in Spartan Armory's records required to be kept by law pursuant to Title 18, United States Code, Section 923, the name, age, and place of residence of said purchaser of the firearms, in violation of Title 18, United States Code, Sections 922(b)(5) and 924(a)(1)(D).

## COUNT NINE

On or about March 28, 2011, at or near Tucson, in the District of Arizona, MICHAEL JAMES GESTY, then being an unlawful user of a controlled substance as defined in Title 21 United States Code, Section 802, did knowingly possess firearms and ammunition; that is, one FN Herstal, model PS90, 5.7 x 28 mm caliber rifle, serial number FN05630; one Glock GMBH, model 27 Gen 4, .40 caliber pistol, serial number RFX737; one Glock GMBH, model 26, 9 mm pistol, serial number PTG291; one Glock GMBH, model 17, 9 mm pistol, serial number CRB580; one Glock GMBH, model 23 Gen 4, .40 caliber pistol, serial number RKY365; one Glock GMBH, model 31, .357 caliber pistol, serial number MVZ360; one PTR-91 Inc., model PDW, .308 caliber rifle, serial number DK0058; one Colt, model Match Target Hbar II, .223 caliber rifle, serial number CCH001758; one Lewis Machine & Tool Co., model Defender, .223 caliber rifle, serial number 46835; nine Romarm/CUGIR, model GP WASR 10/63UF, 7.62 caliber rifles, serial numbers 1972DI2514, 1981MF8618, 1978IO2271, 1979IS0895, 1985SB0924, 1971DH1163, 1971DH0799, 1969BO3381, 1970BT1326; one Robinson Armament Co.,

US v. **Michael James Gesty**, Indictment Page 5

model XCR, .223 caliber rifle, serial number XL04974; one FN Herstal, model PS90, 5.7x28mm caliber rifle, serial number FN054137; two PTR-91, model PDW, .308 caliber handguns, serial numbers DK0253 and WK0114; one Romarm/CUGIR, model Draco-C, 7.62 caliber rifle, serial number 1969BO1230; two DPMS Inc., model A15, .223 caliber rifles, serial number F204245 and F190880; one Bushmaster Firearms, model XM15-E2S, .223 caliber rifle, serial number L549968; one Colt, model Sporter Match Hbar, .223 caliber rifle, serial number 035349; and 49 rounds 5.7 x 28 mm caliber ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Counts One through Nine of this Indictment, MICHAEL JAMES GESTY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), including, but not limited to:

1. Nine FN Herstal, model PS90, 5.7 x 28 mm caliber machinegun rifles, serial numbers FN056121, FN056140, FN056274, FN056272, FN056323, FN056328, FN053687, FN056830, and FN054137;

2. One DPMS, model A-15, 5.56 mm caliber rifle, serial number FH77612;

3. One Smith and Wesson, model MP15, 5.56 mm caliber rifle; serial number SM45965;

4. One Century Arms International, model AKMS, 7.62 x 39 mm caliber rifle, serial number KMS00027; and one FEG, model SA2000, 7.62 x 39 mm caliber rifle, serial number DH3469H;

US v. **Michael James Gesty**, Indictment Page 6

     5.    Thirteen Romanian Arms, model GP WASR 10.63, 7.62 x 39 mm caliber rifles, serial numbers 1980KR1249, 1980KN4665, 1979IS2898, 1976FZ1637, 1972DI2514, 1981MF8618, 1978IO2271, 1979IS0895, 1985SB0924, 1971DH1163, 1971DH0799, 1969BO3381, 1970BT1326;

     6.    49 rounds 5.7 x 28 mm caliber ammunition;

     7.    One Glock, model 27 Gen 4, .40 caliber pistol, serial number RFX737;

     8.    One Glock, model 26, 9 mm pistol, serial number PTG291;

     9.    One Glock, model 17, 9 mm pistol, serial number CRB580;

     10.    One Glock, model 23 Gen 4, .40 caliber pistol, serial number RKY365;

     11.    One Glock, model 31, .357 caliber pistol, serial number MVZ360;

     12.    One PTR-91 Inc., model PDW, .308 caliber rifle, serial number DK0058;

     13.    One Colt, model Match Target Hbar II, .223 caliber rifle, serial number CCH001758;

     14.    One Lewis Machine & Tool Co., model Defender, .223 caliber rifle, serial number 46835;

     15.    One Robinson Armament Co., model XCR, .223 caliber rifle, serial number XL04974;

     16.    Two PTR-91, model PDW, .308 caliber handguns, serial numbers DK0253 and WK0114;

     17.    One Romanian Arms, model Draco-C, 7.62 caliber rifle, serial number 1969BO1230;

     18.    Two DPMS Inc., model A15, .223 caliber rifles, serial number F204245 and F190880;

US v. **Michael James Gesty**, Indictment Page 7

19.   One Bushmaster Firearms, model XM15-E2S, .223 caliber rifle, serial number L549968;

20.   One Colt, model Sporter Match Hbar, .223 caliber rifle, serial number 035349;

If any of the forfeitable property, as a result of any act or omission of the defendant: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2.(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

_____
Presiding Juror

DENNIS K. BURKE
United States Attorney
District of Arizona

JUL 2 7 2011

/s/

REDACTED FOR
PUBLIC DISCLOSURE

Assistant U.S. Attorney

US v. **Michael James Gesty**, Indictment Page 8