**UNITED STATES DISTRICT COURT**
*DISTRICT OF ARIZONA*



United States of America
PLAINTIFF

v.

Michael James Gesty
DEFENDANT

**GOVERNMENT WITNESS LIST**

CASE NUMBER: CR 11-02650-TUC-JGZ(DTF)

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Judge Jennifer G. Zipps | Michael E. Sears | Aaron H. LaDuke |
| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| 10/1/2012 | Angela Woolridge | Alfred S. Donau, III |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| X | | 10/1/2012 | 10/1/2012 | Dr. Gregory Fuller | |
| X | | 10/1/2012 | 10/1/2012 | Miguel Montoya, Jr. | |
| X | | 10/1/2012 | 10/1/2012 | Ivan Barrett Smith | |
| X | | 10/1/2012 | 10/1/2012 | Jeremy Algier | |
| X | | 10/1/2012 | 10/1/2012 | Paul Brostko, ATF Special Agent | |