# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America
PLAINTIFF

v.

Michael James Gesty
DEFENDANT

FILED ___ LODGED ___
RECEIVED ___ COPY ___
OCT 26 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

DEFENSE WITNESS LIST

CASE NUMBER: CR 11-02650-TUC-JGZ(DTF)

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Judge Jennifer G. Zipps | Michael E. Sears | Aaron LaDuke |
| **HEARING/TRIAL DATE(S)** | **PLAINTIFF ATTORNEY(S)** | **DEFENDANT ATTORNEY(S)** |
| 10/1/2012 | Angela Woolridge | Alfred S. Donau, III |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
|  | X | 10/1/2012 | 10/1/2012 | Eric Sparks |  |
|  | X | 10.26.2012 | 10.26.2012 | Dave Holben |  |
|  | X |  |  | Don Munzer |  |
|  | X | 10.26.2012 | 10.26.2012 | Jim Harlow |  |
|  | X | 10.26.2012 | 10.26.2012 | Chris Kurtze |  |
|  | X | 10.26.2012 | 10.26.2012 | Paul Rodriguez |  |
|  | X | 10.26.2012 | 10.26.2012 | Dave Manzo |  |
|  | X | 10.26.2012 | 10.26.2012 | Rourke Brandburg |  |
|  | X | 10.26.2012 | 10.26.2012 | Rick Smith |  |
|  | X | 10.26.2012 | 10.26.2012 | MICHAEL J. GESTY |  |